UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CULLEN M. HANKERSON,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PIERCE COUNTY HOUSING<br>AUTHORITY *et al*.,<br><br>　　　　　　　Defendants. | Case No.  C07-5145RBL<br><br>ORDER ADOPTING<br>REPORT AND<br>RECOMMENDATION AND<br>DISMISSING THIS ACTION |

　　The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　This action is **DISMISSED WITH PREJUDICE**, for failure to state a claim.  THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C.§ 1915 (g).

　　(3)　The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 7th day of September, 2007.

　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1