# United States District Court

WESTERN DISTRICT OF WASHINGTON

CULLEN M. HANKERSON

JUDGMENT IN A CIVIL CASE

v.

PIERCE COUNTY HOUSING
AUTHORITY, *et al.,*

CASE NUMBER: C07-5145RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITH PREJUDICE**, for failure to state a claim.  THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g).

September 11, 2007                                                              BRUCE RIFKIN
Date                                                                                              Clerk

                                                                                                   *s/CM Gonzalez*
                                                                                             Deputy Clerk